UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYRITEN LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEVITA FINE,<br><br>    Defendant. | Case No. 17-cv-06573-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING TO STATE COURT**<br><br>Re: Dkt. No. 6 |

    The Court has reviewed Magistrate Judge Westmore's report and recommendation. Dkt. No. 6. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

    The Court adopts in full Magistrate Judge Westmore's well-reasoned report and recommendation, and orders the case remanded to Alameda County Superior Court.

    **IT IS SO ORDERED.**

Dated: January 2, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYRITEN LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEVITA FINE,<br><br>    Defendant. | Case No. 17-cv-06573-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tevita Fine
962 76th Avenue
Oakland, CA 94621

Dated: January 3, 2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO